264

PER CURIAM.

Upon the authority of Shaughnessy v. Pedreiro, 75 S.Ct. 591, and Diogo v. Holland, 3 Cir., 221 F.2d 806, the order of the district court dismissing the complaint for want of jurisdiction will be reversed and the cause will be remanded with directions to reinstate the complaint.

Manuel GUERREIRO VALERIO, Appellant,

v.

T. J. HOLLAND, District Director, Immigration and Naturalization Service, Appellee.

No. 11506.

United States Court of Appeals Third Circuit.

Argued May 16, 1955.

Decided May 17, 1955.

J. J. Kilimnik, Philadelphia, Pa., for appellant.

Francis Ballard, Asst. U. S. Atty., Philadelphia, Pa., for appellee.

Before McLAUGHLIN, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

Upon the authority of Shaughnessy v. Pedreiro, 75 S.Ct. 591, and Diogo v. Holland, 3 Cir., 221 F.2d 806, the order of the district court dismissing the complaint for want of jurisdiction will be reversed and the cause will be remanded with directions to reinstate the complaint.

UNITED DISTILLERS of AMERICA, Inc., Libellant-Appellee,

v.

THE OLANCHO, her engines, etc., Respondent-Appellant.

No. 310, Docket 23516.

United States Court of Appeals Second Circuit.

Argued April 15, 1955.

Decided May 12, 1955.

Haight, Deming, Gardner, Poor & Havens, New York City (MacDonald Deming and Gordon W. Paulsen, New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, New York City (Donald M. Waesche, Jr., New York City, of counsel), for appellee.

Before FRANK, MEDINA and STALEY, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Clancy.